# Davis Polk

New York     Paris
Northern California     Madrid
Washington DC     Tokyo
São Paulo     Beijing
London     Hong Kong

**Paul Spagnoletti**

Davis Polk & Wardwell LLP    212 450 4577 tel
450 Lexington Avenue    212 701 5577 fax
New York, NY 10017    paul.spagnoletti@davispolk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2020

February 27, 2020

**VIA ECF**

Honorable Lorna G. Schofield, United States District Judge
Thurgood Marshall U.S. Courthouse, 40 Foley Square
New York, New York 10007

Re: *Am. Bankers Ass'n v. SS&C Techs., Inc.* No. 19-CV-11592

Dear Judge Schofield:

We represent defendant SS&C Technologies, Inc. ("SS&C") in the above-referenced action. Pursuant to § I.B.2 of Your Honor's Individual Rules and Procedures, we write to request that the initial conference be adjourned to another date convenient for the Court.

The Court adjourned the February 27, 2020 date for the initial conference due to an emergency on February 26, 2020. (ECF No. 29.) That order rescheduled the conference for March 12, 2020 at 10:40 a.m. Unfortunately, SS&C's counsel is unavailable on that date and therefore respectfully requests an adjournment to another date. Plaintiff's counsel has advised us that Plaintiff consents to the requested adjournment. The parties are available on March 10, 23 and 30, 2020.

Additionally, SS&C seeks clarification from the Court regarding its proposed briefing schedule attached to its pre-motion letter filed on February 14, 2020. (ECF No. 24). Under that schedule, SS&C's motion to compel arbitration and, alternatively, dismiss the Copyright Act claim is to be filed by March 4, 2020. SS&C respectfully requests that the Court clarify whether SS&C should file its motion on that date.

SS&C previously requested an extension of its time to move, answer, or otherwise respond to the Plaintiff's complaint, which was granted by the Court on January 9, 2020. SS&C also previously requested an adjournment and stay of SS&C's obligations to exchange initial disclosures, which was granted until further order by the Court on February 18, 2020.

Respectfully submitted,

Paul Spagnoletti

---

*Handwritten endorsement by the Court:*

The March 12, 2020, 10:40 a.m. conference is adjourned to **March 26, 2020, at 10:40 a.m**. If the parties cannot make this rescheduled date, they shall provide other Thursday morning dates that they are available. No motion shall be filed until the proposed motion is discussed at the initial conference, or until further order.

Dated: February 28, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE