UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
AMERICAN BANKERS ASSOCIATION,                               :
                                                            :
                              Plaintiff,                    :    19 Civ. 11592 (LGS)
                                                            :
              -against-                                     :    ORDER
                                                            :
SS&C TECHNOLOGIES, INC.,                                    :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for March 26, 2020. It is hereby

**ORDERED** that the March 26, 2020, 10:40 a.m., conference will be **telephonic**. By **March 23, 2020**, the parties shall file a joint letter, providing a conference call telephone number, and a passcode if needed, which all parties shall be dialed into by the appointed conference time. The Court will dial in separately to the conference call line. If the parties are unable to provide a conference call line, they shall speak with the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than March 23, 2020, to make alternative arrangements.

Dated: March 16, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**