UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
AMERICAN BANKERS ASSOCIATION,

                               Plaintiff,

-against-

SS&C TECHNOLOGIES, INC.,
                               Defendant.
------------------------------------------------------------ X

19 Civ. 11592 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was held on March 26, 2020. It is hereby

**ORDERED** that, as discussed at the conference, Defendant shall file a motion to compel arbitration by **April 16, 2020**. Plaintiff shall file a response by **May 7, 2020**. Defendant shall file a reply by **May 19, 2020**. The parties shall comply with the Individual Rules on motion papers and courtesy copies. The Court will schedule an oral ruling on the motion. It is further

**ORDERED** that the parties are referred to Judge Gorenstein for settlement. The referral order will follow separately. The parties shall prioritize exchanging documents that will aid settlement discussions.

The Case Management Plan will follow separately.

Dated: March 26, 2020
        New York, New York

                                                      **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**