

|  | New York | Paris |
|---|---|---|
|  | Northern California | Madrid |
|  | Washington DC | Tokyo |
|  | São Paulo | Beijing |
|  | London | Hong Kong |

# MEMORANDUM ENDORSEMENT

**Paul Spagnoletti**

Davis Polk & Wardwell LLP    212 450 4577 tel
450 Lexington Avenue         212 701 5577 fax
New York, NY 10017           paul.spagnoletti@davispolk.com

April 6, 2020

<u>VIA ECF</u>

Honorable Gabriel W. Gorenstein, United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse, 500 Pearl St.
New York, New York 10007

Re:    *Am. Bankers Ass'n v. SS&C Techs., Inc*. No. 19-CV-11592

Dear Judge Gorenstein:

Defendant SS&C Technologies, Inc. ("SS&C") and Plaintiff American Bankers Association ("ABA") respectfully submit this joint letter in the above-captioned action to request that Your Honor adjourn the telephonic settlement conference scheduled for April 20, 2020 at 10:00 a.m.

Pursuant to Paragraph 8 of Your Honor's Standing Order Applicable to Telephonic Settlement Conferences, SS&C and ABA contacted Chambers via telephone to request an alternative available date and time, but were unable to reach anyone.

Counsel for the parties and their clients are available at any time on April 22 and 23, 2020 and request that the telephonic settlement conference be rescheduled for one of those dates, or on another date convenient for Your Honor.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DAVIS POLK & WARDWELL LLP                   AXINN VELTROP & HARKRIDER LLP               .

/s/ *Paul Spagnoletti*                       /s/ *John Tanski*
Paul Spagnoletti                             John Tanski
Paul S. Mishkin                              Drew Hillier
Alexa B. Lutchen                             90 State House Square
450 Lexington Avenue                         Hartford, CT 06103
New York, NY 10017                           Telephone: 860.275.8100
Telephone:  212.450.4292                     Facsimile: 860.275.8101
Facsimile:  212.701.5292                     jtanski@axinn.com
paul.spagnoletti@davispolk.com               dhillier@axinn.com
paul.mishkin@davispolk.com

*Attorneys for Defendant*                    Aziz Burgy (admitted Pro Hac Vice)
*SS&C Technologies, Inc.*                    950 F Street, NW
                                             Washington, DC 20004
                                             Telephone:  202.912.4700

**The Court is surprised that counsel were unable to use the Chambers voicemail system to reach Chambers staff.  In the future, please attempt to use the system again.  In any event, the Court has availability on April 23, 2020 at 10:00 a.m.  The settlement conference is adjourned to that date.  Submissions are due April 17, 2020.**
**So ordered.**
**Dated: April 6, 2020**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Facsimile: 202.912.4701
aburgy@axinn.com

Eva Yung
Eric Dunbar
114 West 47th Street
New York, NY 10036
Telephone: 212.728.2200
Facsimile: 212.728.2201
eyung@axinn.com
edunbar@axinn.com

*Attorneys for Plaintiff*
*American Bankers Association*