IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BANKERS ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br><br>Defendant. | Civil Action No. 19-CV-11592 (LGS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that the above-captioned action shall be and hereby is dismissed in its entirety, with prejudice and without attorneys' fees or costs against any party.

| | |
|---|---|
| AXINN VELTROP & HARKRIDER LLP | DAVIS POLK & WARDWELL LLP |
| /s/ *John M. Tanski* | /s/ *Paul Spagnoletti**  |
| John M. Tanski | Paul Spagnoletti |
| Drew A. Hillier | Paul S. Mishkin |
| 90 State House Square | Alexa B. Lutchen |
| Hartford, CT 06103 | 450 Lexington Avenue |
| Telephone: 860.275.8100 | New York, NY 10017 |
| Facsimile: 860.275.8101 | Telephone: 212.450.4292 |
| jtanski@axinn.com | Facsimile: 212.701.5292 |
| dhillier@axinn.com | paul.spagnoletti@davispolk.com |
| | paul.mishkin@davispolk.com |
| Aziz Burgy (admitted *Pro Hac Vice*) | |
| 950 F Street, NW | *Attorneys for Defendant* |
| Washington, DC 20004 | *SS&C Technologies, Inc.* |
| Telephone: 202.912.4700 | |
| Facsimile: 202.912.4701 | * *e-signed with express permission* |
| aburgy@axinn.com | |
| | Dated June 22, 2020 |
| Eva Yung | |
| Eric Dunbar | |
| 114 West 47th Street | |
| New York, NY 10036 | |
| Telephone: 212.728.2200 | |
| Facsimile: 212.728.2201 | |
| eyung@axinn.com | |
| edunbar@axinn.com | |
| | |
| *Attorneys for Plaintiff* | |
| *American Bankers Association* | |
| | |
| Dated June 22, 2020 | |