**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN BANKERS ASSOCIATION, | |
| Plaintiff, | Civil Action No. 19-CV-11592 (LGS) |
| v. | |
| SS&C TECHNOLOGIES, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that the above-captioned action shall be and hereby is dismissed in its entirety, with prejudice and without attorneys' fees or costs against any party.

SO ORDERED.

Dated: June 23, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

AXINN VELTROP & HARKRIDER LLP

/s/ *John M. Tanski*
John M. Tanski
Drew A. Hillier
90 State House Square
Hartford, CT 06103
Telephone: 860.275.8100
Facsimile: 860.275.8101
jtanski@axinn.com
dhillier@axinn.com

Aziz Burgy (admitted *Pro Hac Vice*)
950 F Street, NW
Washington, DC 20004
Telephone:  202.912.4700
Facsimile: 202.912.4701
aburgy@axinn.com

Eva Yung
Eric Dunbar
114 West 47th Street
New York, NY 10036
Telephone: 212.728.2200
Facsimile: 212.728.2201
eyung@axinn.com
edunbar@axinn.com

*Attorneys for Plaintiff*
*American Bankers Association*

Dated June 22, 2020

DAVIS POLK & WARDWELL LLP

/s/ *Paul Spagnoletti*\*
Paul Spagnoletti
Paul S. Mishkin
Alexa B. Lutchen
450 Lexington Avenue
New York, NY 10017
Telephone:  212.450.4292
Facsimile:  212.701.5292
paul.spagnoletti@davispolk.com
paul.mishkin@davispolk.com

*Attorneys for Defendant*
*SS&C Technologies, Inc.*

*\* e-signed with express permission*

Dated June 22, 2020